**Keith Russell JUDD, Plaintiff–
Appellant,**

v.

**UNITED STATES of America,
Defendant–Appellee.**

No. 07–4209–pr.

United States Court of Appeals,
Second Circuit.

Nov. 20, 2008.

Keith Russell Judd, pro se.

John D. Clopper, Assistant United
States Attorney for Michael J. Garcia,
United States Attorney for the Southern
District of New York, New York, NY, for
Appellee.

PRESENT: Hon. ROGER J. MINER,
Hon. SONIA SOTOMAYOR, and Hon.
ROBERT A. KATZMANN, Circuit
Judges.

### *SUMMARY ORDER*

Plaintiff-appellant Keith Russell Judd,
*pro se* and incarcerated, appeals from the
judgment of the United States District
Court for the Southern District of New
York (Wood, *C.J.*), dismissing Judd's com-
plaint for failure to state a claim. We
assume the parties' familiarity with the
facts and procedural history.

■ First, Judd's appellate brief and
subsequent motions and other submissions
include no substantive arguments regard-
ing the district court's dismissal of his
claim, jurisdiction to enter judgment while
an appeal was pending in this Court, or
imposition of a bar from filing further suits
without prior leave of the district court.
Having failed to raise these issues on ap-
peal or otherwise challenge the basis for
the district court's dismissal of his com-
plaint, Judd has abandoned any such chal-
lenge. *See LoSacco v. City of Middletown,*
71 F.3d 88, 92–93 (2d Cir.1995).

■ Second, Judd's principal argument
is only that this Court lacks jurisdiction
over his appeal, and he requests that the
case be transferred to the Court of Ap-
peals for the Federal Circuit. We agree
with the district court's finding that Judd's
underlying claims are without merit and

the interests of justice are not served by transfer. *See* 28 U.S.C. § 1631.

Finally, Judd has filed the following pending motions: (1) for proof of actual innocence; (2) for newly discovered evidence; and (3) to proceed *in forma pauperis*. We deny each motion.

We have reviewed plaintiff-appellant's remaining arguments and find them to be without merit. For the reasons stated above, the judgment of the district court is AFFIRMED.